IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-cr-294-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BRUCE LEE CHANCE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 1, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the December 1, 2011 Preliminary Order of Forfeiture, to wit:(1) all jewelry and $8021 in US Currency, seized from the Defendant's residence on July 14, 2011, (2) a 2005 Mercedes Benz E320CDI, VIN: WDBUF26JX5A719641, (3) a 2005 Infiniti G20, VIN: JNKCV54E95M401577, and (4) $800.00 in US Currency seized from the defendant at the time of his arrest;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 31, 2011 and January 29, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's December 1, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

AND WHEREAS, it further appears that the Government has already administratively forfeited certain items of the property listed in the Preliminary Order of Forfeiture, that is (1) all jewelry and $8021 in US Currency, seized from the Defendant's residence on July 14, 2011, (2) a 2005 Mercedes Benz E320CDI, VIN: WDBUF26JX5A719641, and (3) a 2005 Infiniti G20, VIN: JNKCV54E95M401577, and, thus, need not finalize their forfeiture here;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining property listed in the December 1, 2011 Preliminary Order of Forfeiture, that is, $800.00 in US Currency seized from the defendant at the time of his arrest, is hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __11__ of day May, 2012.

*[signature: Terrence W. Boyle]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

3