IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-cr-00294-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE LEE CHANCE,<br><br>Defendant. | ORDER |

These matters come before the court on Defendant's pro se "Motion for Relief Pursuant to § 3582(c)(2)" [DE 204], Defendant's pro se Motion for Reduction in Sentence [DE 208], and Defendant's pro se Renewed Motion for Reduction in Sentence [DE 213]. In all of these motions, Defendant seeks a reduction of his prison sentence. *See id.* The United States opposes the motions, stating that application of Amendment 821 does not have the effect of lowering the criminal history category or guidelines imprisonment range.

Notably, since the filing of these motions, an Executive Grant of Clemency was filed in this case commuting Defendant's sentence "to expire on March 18, 2025." DE 214. In fact, the Bureau of Prison's ("BOP") inmate locator reflects that Defendant was no longer in BOP custody as of March 18, 2025. See https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results, last visited Sept. 2, 2025. Accordingly, Defendant's motions are DENIED AS MOOT.

SO ORDERED this 3d day of September, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE